IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIXTH ANGEL SHEPHERD RESCUE INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUSAN WEST, et al., | : | No. 10-3101 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **3rd** day of **May, 2011**, upon consideration of Defendants' Motions to Dismiss Sixth Angel's Third Amended Complaint, Plaintiff's Responses thereto, and for the reasons stated in this Court's Memorandum dated May 3, 2011, it is hereby **ORDERED** that:

1. Defendants' motions (Document Nos. 69 and 70) are **GRANTED**.

2. Plaintiff's Third Amended Complaint is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**